IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MATTHEW WIGGENHORN,**
**individually and on behalf**
**of all others similarly situated,**

**Plaintiff,**

v.

**EQUITABLE LIFE ASSURANCE**
**SOCIETY OF THE UNITED STATES,**

**Defendant.**                                              No. 04-CV-0372-DRH

## ORDER

**HERNDON, District Judge:**

        This matter comes before the Court for the purpose of docket control. On June 2, 2005, Plaintiff filed a First Amended Complaint (Doc. 30).[1]  Pursuant to **RULE 15(a)**, Plaintiff is entitled to amend his complaint without leave of the Court. However, the First Amended Complaint violates **LOCAL RULE 15.1**. **LOCAL RULE 15.1** states in part: "All new material in an amended pleading should be underlined. …" Plaintiff did not underline the new material in the First Amended Complaint.  Thus,

---

[1] **FEDERAL RULE OF CIVIL PROCEDURE 15(a)** provides in part: "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served …" As of this date, responsive pleadings have not been filed.  The Court notes that a motion to dismiss is not a responsive pleading within the meaning of **RULE 15(a)**.  *Car Carriers, Inc. v. Ford Motor Co.,* **745 F.2d 1101, 1111 (7th Cir. 1984)**.

the Court **STRIKES** the First Amended Complaint (Doc. 30).  The Court **ALLOWS** Plaintiff up to and including June 13, 2005 to file an amended complaint that comports with **LOCAL RULE 15.1**

      **IT IS SO ORDERED.**

Signed this 3rd day of June, 2005.

                    /s/   David RHerndon
                    **United States District Judge**